For the reasons stated, the petition is denied.

NOTE.—Reported in 161 N. E. 2d 772.

STATE EX REL. GRAY *v.* VANDERBURGH CIRCUIT COURT ETC.

[No. 0-580. Filed November 25, 1959.]

*Lincoln Gray, pro se.*

PER CURIAM—The petitioner asks an alternative writ of mandate against the respondent court and judge.

The petition does not comply with Rule 2-35 of this court which requires certified copies of the proceedings upon which the petition is based, to be filed with the petition in order that this court have proper proof of the allegations made in the petition.

For the reasons stated, the petition is denied.

Achor, J., not participating because of illness.

NOTE.—Reported in 162 N. E. 2d 444.